Carl E. G. Arnold
Nevada State Bar Number - 8358
1428 S. Jones Boulevard
Las Vegas, Nevada 89146
Telephone: 702.358.1138
carl@cegalawgroup.com

Robert L. J. Spence, Jr. (pro hac vice to be filed)
Kristina A. Woo (pro hac vice to be filed)
80 Monroe Avenue, Garden Suite One
Memphis, Tennessee 38103
Telephone: 901.312.9160
rspence@spence-lawfirm.com
kwoo@spence-lawfirm.com

Arthur E. Horne, III (pro hac vice to be filed)
80 Monroe Avenue, Garden Suite One
Memphis, Tennessee 38103
Telephone: 901.331.1816
Ahorne@thehornelawfirm.com

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEVADA

| | |
|---|---|
| EURO MOTOR SPORT INC., and SAMMIE BENSON,<br><br>    Plaintiffs,<br><br>v.<br><br>ARB LAS VEGAS d/b/a LAS VEGAS TOWING,<br><br>    Defendant. | Case Number<br><br>VERIFIED COMPLAINT FOR VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT, INJUNCTIVE RELIEF PROHIBITING DEFENDANT FROM SELLING AND/OR DISPOSING OF THE 2102 LAMBORGHINI, VIN NO. ZHWUC1CLA00848, CONVERSION AND MONETARY DAMAGES |

COME NOW Plaintiffs, Euro Motor Sport, Inc., and Sammie Benson (hereinafter

referred to collectively as "Plaintiffs"), by and through counsel, and file this Verified

Complaint against ARB Las Vegas d/b/a Las Vegas Towing (hereinafter referred to as

"Defendant") for Declaratory Judgment, Injunctive Relief Enjoining Defendant from Selling the 2012 Lamborghini, VIN No. ZHWUC1CLA00848, Conversion and for Monetary Damages.  In support thereof, Plaintiffs show unto the Court the following:

## I.    INTRODUCTION

1.    Plaintiffs bring this action to seek judicial intervention to prevent the unlawful sale and disposition of a 2012 LAMBORGHINI, VIN NO. ZHWUC1ZD1CLA00848 that is in the possession of Defendant following a law enforcement investigation (Event No. LLV200900100120).    The law enforcement investigation concluded on or about November 6, 2020, and since that time Defendant has refused to release the Vehicle to either Plaintiff who are the rightful owners.

2.    Upon information and belief, Plaintiffs believe Defendant is attempting to obtain a fraudulently issued replacement title to the 2012 LAMBORGHINI, VIN NO. ZHWUC1ZD1CLA00848, and then intends to sale it.

## II.    PARTIES

3.    At all times relevant hereto, Plaintiff Euro Motor Sport, Inc. (individually "Plaintiff Euro Sport"), was a corporation with a business address at 925 West Broward Boulevard, Fort Lauderdale, Florida 33312 and authorized to conduct business in the State of Florida.

4.    Plaintiff Sammie Benson (individual "Plaintiff Benson") is a resident of Memphis, Shelby County, Tennessee.

5.    Defendant ARB Las Vegas d/b/a Las Vegas Towing is a business operating at 8512 Berkley Hall Street, Las Vegas, Nevada 89131.

### III.    JURISDICTION AND VENUE

6.    The wrongful acts, omissions and injuries described in the body of this Complaint all occurred in Las Vegas, Nevada and venue is appropriate in this judicial district pursuant to 28 U.S.C § 1391.

7.    The jurisdiction of this lawsuit is proper in the United States District Court for the District of Nevada. Jurisdiction lies with this Court pursuant to 28 U.S.C. § 1332 with damages in excess of $75,000.00.

### IV.    FACTS

8.    Plaintiff Euro Sport sold pursuant to a contract the 2012 LAMBORGHINI VIN NO. ZHWUC1ZD1CLA00848 (hereinafter the "Collateral") to Plaintiff Benson.

9.    Following the transaction between Plaintiff Euro Sport and Plaintiff Benson, Plaintiff Euro Sport continued to be the Title owner of the Collateral.  See the Certificate of Title attached hereto as Exhibit A.

10.    Plaintiff Benson is well-known in the music industry as a musical entertainer who goes by the stage name, "Black Youngsta."

11.    At all relevant times, Plaintiff Benson is the only other person who has a legally cognizable interest in the Collateral, and he has specifically stated that he has no objection to the Collateral being released to Plaintiff Euro Sport.

12.    In September 2020, while the Collateral was in the possession of Plaintiff Benson, it was seized and impounded by the Las Vegas police department pursuant to a criminal investigation (Event No. LLV200900100120).

13.     Upon information and belief, following the seizure of the Collateral the Las Vegas Police Department utilized the storage lot maintained and/or owned by Defendant to store the Collateral pending the completion of the law enforcement investigation.

14.     Upon information and belief, the law enforcement investigation concluded on or about October 2, 2020, and Plaintiffs received notice from the Las Vegas Police Department that the Collateral could be retrieved.

15.     Between October 3, 2020 and October 8, 2020, Plaintiff Euro Sport attempted to contact Defendant on numerous occasions without success, but on October 8, 2020, a person who identified himself as "**Eric**" responded and stated that Plaintiff need only send a copy of the Title, Driver's License and Corporations Registration to the following email address – arblasvegas@gmail.com to retrieve the Collateral.

16.     On October 8, 2020, the information requested by Defendant was emailed by Plaintiff Euro Sport to the Defendant.  The information included copies of the Vehicle Title, State of Florida corporate filings, and the driver's license of the owner of Euro Motor Sport - Gene Morales. See attached as Collective Exhibit B.

17.     On October 9, 2020, Defendant transmitted an email in response to Plaintiff Euro Sport' October 8, 2020 email and stated, in part – **"we are not sure who you are in regards to the vehicle in question …. we cannot discuss this any further with you at this time."**

18.     On October 10, 2020, after discussing the Collateral with a representative of the Defendant over the telephone, Plaintiff Euro Sport transmitted an email to lasvegastowing@gmail.com enclosing all documents previously sent after being advised by the Defendant that communications needed to be sent to the Lien Department.

19.     In response to Plaintiff Euro Sport' email, on October 10, 2020, Defendant responded via email and stated, in part the following: **"we are in receipt of your documents; in order to release the vehicle, we will need the following, original notarized documents as follows – copy of the front & back of the title – corporation paperwork showing the officers of the company – ID of the officer we are to be dealing with/releasing the vehicle to – hold harmless."**

20.     Plaintiff Euro Sport had already sent these documents to Defendant on two (2) separate occasions, and was thereafter unable to get any further response from Defendant about the Collateral. It became evident to Plaintiffs that Defendant had already converted or was planning to convert the Collateral for its own wrongful use and benefit.

21.     On November 6, 2020, Plaintiff Euro Sport transmitted a letter to the Las Vegas Police Department authorizing its agent "Kenya M. Adams" to retrieve the key for the Collateral. See November 6, 2020 letter attached as Exhibit C.

22.     On November 8, 2020, Defendant was mailed a certified letter by counsel for Plaintiff specifically advising it to cease and desist from selling the Collateral and threatening legal action.  See November 8, 2020 letter attached as Exhibit D.

23.     Defendant did not respond to the November 8, 2020 communication.

24.     On November 20, 2020, Defendant was sent via electronic mail and U.S. Mail a second letter from counsel for Plaintiffs specifically providing information demonstrating the ownership of the Collateral by the Plaintiff Euro Sport, and advising it that it would be held harmless against the claims of any other party upon the release of the Collateral.  See November 20, 2020 letter attached as Exhibit E.

25.     Defendant did not respond to the November 20, 2020 communication.

26.    On December 31, 2020, Defendant was sent via electronic mail and U.S. Mail a second letter from counsel for Plaintiffs specifically providing information demonstrating the ownership of the Collateral by the Plaintiff Euro Sport, and advising it that it would be held harmless against the claims of any other party upon the release of the Collateral.  See December 31, 2020 letter attached as Exhibit F.

27.    Defendant did not respond to the December 31, 2020 communication.

## V.    CAUSES OF ACTION

### DECLARATORY JUDGMENT

28.    Plaintiffs incorporate by reference the allegations in the preceding paragraphs.

29.    Pursuant to the Uniform Declaratory Judgments Act this Court is empowered to declare rights, status, and other legal relations of the parties to the Collateral.

30.    Plaintiffs seeks a declaration of the rights of the parties to the Collateral.

### CONVERSION OF COLLATERAL

31.    Plaintiffs incorporate by reference the allegations in the preceding paragraphs.

32.    Defendant has no ownership in or right to the Collateral.

33.    Defendant's continued use and possession of the Collateral is wrongful.

34.    Plaintiffs allege that Defendant has unlawfully converted the Collateral to its own use.

35.    As a direct and proximate result of the wrongful actions of the Defendant, Plaintiffs have been wrongfully deprived of the Collateral, suffered a resulting injury,

including monetary damages to be proven at trial.

## INJUNCTIVE RELIEF

36.    Plaintiffs incorporates by reference the allegations in the preceding paragraphs.

37.    Plaintiffs request that after a hearing the Court issue a temporary injunction enjoining and restraining Defendant from taking any action with regard to the Collateral.

38.    Plaintiffs request that a permanent injunction issue enjoining and restraining Defendant from taking any action with regard to the Collateral.

39.    Plaintiffs will suffer probable, imminent, and irreparable harm, if Defendant is not enjoined as requested herein.

40.    Plaintiffs are substantially likely to prevail on the merits as they have the only legally cognizable interest in the Collateral and Defendant is on notice of this property interest.

41.    Plaintiffs have also shown a substantial likelihood of irreparable injury if injunctive relief is not granted as there is no harm to the public interest if an injunction issues, and, in fact, the issuance of an injunction under the circumstances and facts of this case protects the public interest.

42.    The threat of harm to the Plaintiffs outweighs any harm to Defendant as the Defendant has no interest in the Collateral.

43.    Defendant's only possible interest under the circumstances is for storage fees, which Plaintiffs have offered to pay, but Defendant has refused to specify or identify any such costs.

## VI.    RELIEF SOUGHT

**WHEREFORE PREMISES CONSIDERED**, Plaintiffs respectfully pray:

A)    That this Complaint be served upon the Defendant and Defendant be required to file an Answer within thirty (30) days of the date of service;

B)    That the Court enter a Declaratory Judgment declaring the rights of the parties with respect to the Collateral;

C)    That the Court issue a Temporary Injunction enjoining the Defendant from selling or disposing of the Collateral or taking any action with respect to the Collateral;

D)    That the Court issue a Permanent Injunction enjoining Defendant from selling or disposing of the Collateral or taking any action with respect to the Collateral;

E)    That the Court enter a monetary judgment against Defendant and in favor of Plaintiff awarding compensatory damages commiserate with the damages suffered;

F)    That the Court enter a judgment against Defendant and in favor of Plaintiffs for punitive damages in an amount to be determined by the Court;

G)    That the Court order the immediate return of the Collateral to the Plaintiffs;

H)    That Plaintiffs be awarded pre-judgment and post-judgment interest;

I)    Such further relief as the Court may deem just, proper and equitable.


**THIS IS THE FIRST APPLICATION FOR EXTRAORDINARY AND INJUNCTIVE RELIEF IN THIS CAUSE.**

Respectfully submitted,

THE SPENCE LAW FIRM, PLLC

By:   /s/ Robert L. J. Spence, Jr.
        Robert L. J. Spence, Jr. (*pro hac vice* to be filed)
        Kristina A. Woo (*pro hac vice* to be filed)
        80 Monroe Avenue, Garden Suite One
        Memphis, Tennessee 38103
        Telephone: 901.312.9160
        Facsimile: 901.521.9550
        rspence@spence-lawfirm.com
        kwoo@spence-lawfirm.com

        Arthur E. Horne, III (*pro hac vice* to be filed)
        80 Monroe Avenue, Garden Suite One
        Memphis, Tennessee 38103
        Telephone: 901.312.9160
        Facsimile: 901.312.9160

        /s/ Carl E. G. Arnold
        Carl E.G. Arnold (State Bar No.8358)
        1428 S. Jones Blvd
        Las Vegas, Nevada 89146
        Telephone: 702.358.1138
        carl@cegalawgroup.com

        *Attorneys for Plaintiffs*

9

## 28 U.S.C. §1746 DECLARATION

I, Gene Morales, CEO Euro MotorSport, hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January *15*, 2021.

_____
Gene Morales

## 28 U.S.C. §1746 DECLARATION

I, Sammie Benson, hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 20 , 2021.

Sammie Benson
Sammie Benson

# Exhibit A

Mail Lien Satisfaction to: Dept. of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T # 1175338830
B # 1517834

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZHWUC1ZD1CLA00848 | 2012 | LAMO | 2D | 3759 | | 109044910 |

Registered Owner:

EURO MOTOR SPORT INC
925 W BROWARD BLVD
FORT LAUDERDALE, FL  33312

Date of Issue    10/16/2020

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Mail To:
EURO MOTOR SPORT INC
925 W BROWARD BLVD
FORT LAUDERDALE, FL  33312

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlnf.html

---

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZHWUC1ZD1CLA00848 | 2012 | LAMO | 2D | 3759 | | 109044910 |

Lien Release
Interest in the described vehicle is hereby released
By_____

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | WHI | | | | PRIVATE | 10/25/2016 |

Title_____

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 10,856 MILES 10/14/2020 ACTUAL | | | | 10/16/2020 |

Date_____

Registered Owner
EURO MOTOR SPORT INC
925 W BROWARD BLVD
FORT LAUDERDALE, FL  33312

DUPLICATE

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES        TALLAHASSEE        FLORIDA        DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Robert R. Kynoch
Director

Control Number    147408684

Terry L. Rhodes
Terry L. Rhodes
Executive Director

1   /27   147408684

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to.

Seller Must Enter Purchaser's Name:_____        Address:_____

Seller Must Enter Selling Price_____        Seller Must Enter Date Sold:_____

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads |_|_|_|_|_|_|X_| (no tenths) miles, date read_____ and I hereby certify that to the best of my knowledge the odometer reading:

☐ 1. reflects ACTUAL MILEAGE        ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.        ☐ 3. is NOT THE ACTUAL MILEAGE

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

SELLER Must Sign Here:_____        CO-SELLER Must Sign Here:_____

Print Here:_____        Print Here:_____

Selling Dealer's License Number _____ Tax No.:_____        Tax Collected:_____

Auction Name:_____        License Number:_____

PURCHASER Must Sign Here:_____        CO-PURCHASER Must Sign Here:_____

Print Here:_____        Print Here:_____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

# Exhibit B

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1175338830
B# 1517834

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZHWUC1ZD1CLA00848 | 2012 | LAMO | 2D | 3759 | | 109044910 |

Registered Owner:

EURO MOTOR SPORT INC
925 W BROWARD BLVD
FORT LAUDERDALE, FL  33312

Date of Issue     10/16/2020

Lien Release
Interest in the described vehicle is hereby released

By_____
Title_____
Date_____

Mail To:

EURO MOTOR SPORT INC
925 W BROWARD BLVD
FORT LAUDERDALE, FL  33312

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel. http://www.hsmv.state.fl.us/html/titlinf.html

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZHWUC1ZD1CLA00848 | 2012 | LAMO | 2D | 3759 | | 109044910 |

Lien Release
Interest in the described vehicle is hereby released

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | WHI | | | | PRIVATE | 10/25/2016 |

By_____

| Odometer Status or Vessel Manufacturer or CW use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 10,856 MILES 10/14/2020 ACTUAL | | | | 10/16/2020 |

Title_____
Date_____

Registered Owner

EURO MOTOR SPORT INC
925 W BROWARD BLVD
FORT LAUDERDALE, FL  33312

DUPLICATE

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*                                              *Terry L. Rhodes*

Robert R. Kynoch
Director

Control Number     147408684

Terry L. Rhodes
Executive Director

1  /27  147408684

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name _____          Address _____

Seller Must Enter Selling Price _____          Seller Must Enter Date Sold _____

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads |__|__|__|__|__|__| X |__| (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading
☐ 1. reflects ACTUAL MILEAGE     ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.     ☐ 3. is NOT THE ACTUAL MILEAGE
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here _____          CO-SELLER Must Sign Here _____

Print Here _____          Print Here _____

Selling Dealer's License Number _____          Tax No. _____          Tax Collected _____

Auction Name _____          License Number _____

PURCHASER Must Sign Here _____          CO-PURCHASER Must Sign Here _____

Print Here _____          Print Here _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

STATE OF FLORIDA

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Profit Corporation
EURO MOTOR SPORT,INC

**Filing Information**

| | |
|---|---|
| **Document Number** | P03000155748 |
| **FEI/EIN Number** | 65-1213132 |
| **Date Filed** | 12/22/2003 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 03/08/2005 |
| **Event Effective Date** | NONE |

**Principal Address**

925 W BROWARD BLVD
FORT LAUDERDALE, FL 33312

Changed: 10/26/2012

**Mailing Address**

925 W BROWARD BLVD
FORT LAUDERDALE, FL 33312

Changed: 10/26/2012

**Registered Agent Name & Address**

DAPUZZO , THEODORE
2755 EAST OAKLAND PARK BLVD
303
FORT LAUDERDALE, FL 33306

Name Changed: 05/01/2018

Address Changed: 05/01/2018
Registered Agent Resigned: 11/09/2017

**Officer/Director Detail**

**Name & Address**

Title P

MORALES, GENE
925 WEST BROWARD BLVD

Detail by Entity Name

925 WEST BROWARD BLVD
FT.LAUDERDALE, FL 33312

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2018 | 05/01/2018 |
| 2019 | 04/13/2019 |
| 2020 | 06/29/2020 |

## Document Images

| | |
|---|---|
| 06/29/2020 -- ANNUAL REPORT | View Image in PDF format |
| 04/13/2019 -- ANNUAL REPORT | View Image in PDF format |
| 05/01/2018 -- ANNUAL REPORT | View Image in PDF format |
| 11/09/2017 -- Reg. Agent Resignation | View Image in PDF format |
| 04/20/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2016 -- ANNUAL REPORT | View Image in PDF format |
| 02/24/2015 -- ANNUAL REPORT | View Image in PDF format |
| 06/02/2014 -- Reg. Agent Change | View Image in PDF format |
| 02/18/2014 -- ANNUAL REPORT | View Image in PDF format |
| 04/17/2013 -- ANNUAL REPORT | View Image in PDF format |
| 04/10/2012 -- ANNUAL REPORT | View Image in PDF format |
| 03/14/2011 -- ANNUAL REPORT | View Image in PDF format |
| 03/31/2010 -- ANNUAL REPORT | View Image in PDF format |
| 04/01/2009 -- ANNUAL REPORT | View Image in PDF format |
| 07/22/2008 -- ANNUAL REPORT | View Image in PDF format |
| 05/29/2007 -- Off/Dir Resignation | View Image in PDF format |
| 05/25/2007 -- ANNUAL REPORT | View Image in PDF format |
| 01/30/2006 -- ANNUAL REPORT | View image in PDF format |
| 08/01/2005 -- ANNUAL REPORT | View Image in PDF format |
| 04/08/2005 -- Off/Dir Resignation | View Image in PDF format |
| 03/08/2005 -- Amendment | View image in PDF format |
| 02/02/2004 -- ANNUAL REPORT | View Image in PDF format |
| 12/24/2003 -- Domestic Profit | View Image in PDF format |

Florida Department of State, Division of Corporations

11/6/2020                                                                 Gene's DL.jpg



# Exhibit C



## Authorization Letter

11/06/2020
Las Vegas Towing
2968 Marco Street
Las Vegas NV 89115


To whom it may concern:


We hereby authorize **Kenya M. Adams** to claim on behalf of Euro Motor Sport owner of the vehicle **2012 Lamborghini VIN # ZHWUC1ZD1CLA00848** which is currently being held at the tow yard in Las Vegas, NV. **Kenya M. Adams** will be presenting a Mississippi Driver's License # 801864968 upon arrival to pick up the vehicle. Please if you have any concern in regards to this letter do not heistate to contact me directly at 954-868-3676.




Sincereley,

Gene Morales
CEO


LAHYS ECHEMENDIA
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG324588
Expires 4/17/2023

NOTARY SEAL

# Exhibit D



LAW OFFICES
OF ARTHUR
HORNE III

November 8, 2020

VIA Certified Mail & Hand Delivery
Las Vegas Towing
2968 Marco Street
Las Vegas, NV 89115

RE:     Notice of Conversion, Trespass of Property and Fraud

Las Vegas Tow,

Your tow yard should immediately cease processing any lien or sell of vehicle since property has never been abandoned and owner has always been willing, ready, and able to pay off any storage lien attached to vehicle.  If you proceed with any type of sale, a civil claim for conversion, trespass to property, and fraud will be filed against you in your individual capacity and Las Vegas Tow for acting in bad faith. We will seek any and all damages available to our client, including but not limited to punitive damages and seeking to have your company's tow license revoked for acting in bad faith.

Warm regards,

Arthur E. Horne, III

80 Monroe Avenue | Garden Suite One | Memphis, TN 38103
901.331.1816 o | 901.521.9550 f | ahorne@thehornelawfirm.com
www.thehornelawfirm.com

# Exhibit E



Robert L. J. Spence, Jr.
Attorney at Law

The Spence Law Firm
80 Monroe Avenue
Garden Suite One
Memphis, Tennessee 38103
901-312-9160, fax 901-521-9550
rspence@spence-lawfirm.com

November 20, 2020


<u>VIA US MAIL AND EMAIL</u> - lasvegastowing.corp@gmail.com
Las Vegas Towing
2968 Marco Street
Las Vegas, NV 89115


Las Vegas Towing Services
4224 W Charleston Blvd #377
Las Vegas, NV 89102

    Re:  2012 LAMBORGHINI, VIN NO. ZHWUC1ZD1CLA00848
       Owner – Euro Motor Sport, Inc.
       File No.: Pending

Dear Las Vegas Towing:

   Please be advised that THE SPENCE LAW FIRM represents Euro Motor Sport, Inc., and its secured property interest in and to the 2102 LAMBORGHINI, VIN NO. ZHWUC1ZD1CLA00848 ("Collateral") that is in your possession pursuant to a law enforcement investigation (Event No. LLV200900100120). A copy of the **Certificate of Title** issued to Euro Motor Sport, Inc., by the State of Florida is enclosed.

   On behalf of Euro Motor Sport, Inc., we attest that it has the first and best lien/security interest in the Collateral referenced above and that the customer, Sammie Marquez Benson is in default under the terms of the Security Agreement entered into with Euro Motor Sport, Inc. Therefore, Euro Motor Sport, Inc., is requesting that you provide immediate access to and possession of the Collateral to Euro Motor Sport, Inc., or its authorized representative.

   In consideration of your anticipated cooperation, Euro Motor Sport, Inc., agrees to indemnify and hold Las Vegas Towing, your employees, principals and owners harmless from and against any and all claims, legal or administrative actions, liability or damages arising out of the repossession of the referenced Collateral, where such repossession has been handled in accordance with the instructions and/or requests of Euro Motor Sport, Inc. This indemnification does not entail damages caused or arising from the negligence or unauthorized action of Las Vegas Towing, your agents, or your employees.

Las Vegas Towing
11/20/2020
Page 2

The undersigned, in his capacity hereby represents and warrants that he is a duly authorized attorney for Euro Motor Sport, Inc., and is fully empowered to bind the company to this agreement.

Please advise with questions.

Sincerely,

THE SPENCE LAW FIRM, PLLC

Robert L.J. Spence, Jr.

Enclosure

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1175338830
B# 1517834

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis No. | Title Number |
|---|---|---|---|---|---|---|
| ZHWUC1ZD1CLA00848 | 2012 | LAMO | 2D | 3759 | | 109044910 |

Registered Owner:
EURO MOTOR SPORT INC
925 W BROWARD BLVD
FORT LAUDERDALE, FL 33312

Date of Issue 10/16/2020

Lien Release
Interest in the described vehicle is hereby released
By__________
Title__________
Date__________

IMPORTANT INFORMATION
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

Mail To:
EURO MOTOR SPORT INC
925 W BROWARD BLVD
FORT LAUDERDALE, FL 33312

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZHWUC1ZD1CLA00848 | 2012 | LAMO | 2D | 3759 | | 109044910 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | WHI | | | | PRIVATE | 10/25/2016 |

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 10,856 MILES 10/14/2020 ACTUAL | | | | 10/16/2020 |

Lien Release
Interest in the described vehicle is hereby released
By__________
Title__________
Date__________

Registered Owner
EURO MOTOR SPORT INC
925 W BROWARD BLVD
FORT LAUDERDALE, FL 33312

DUPLICATE

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES TALLAHASSEE FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Director

Control Number 147408684

Terry L. Rhodes
Executive Director

1 /27 147408684

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name:__________ Address:__________

Seller Must Enter Selling Price__________ Seller Must Enter Date Sold:__________

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads |_|_|_|_|_|_|X| (no tenths) miles, date read__________ and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS. ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here__________ CO-SELLER Must Sign Here__________

Print Here:__________ Print Here:__________

Selling Dealer's License Number__________ Tax No.__________ Tax Collected__________

Auction Name:__________ License Number:__________

PURCHASER Must Sign Here__________ CO-PURCHASER Must Sign Here__________

Print Here__________ Print Here__________

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

MTRF5022Y

STATE OF FLORIDA

# Exhibit F



Robert L. J. Spence, Jr.
Attorney at Law

The Spence Law Firm
80 Monroe Avenue
Garden Suite One
Memphis, Tennessee 38103
901-312-9160, fax 901-521-9550
rspence@spence-lawfirm.com

December 31, 2020

<u>VIA US MAIL AND EMAIL</u> - lasvegastowing.corp@gmail.com
ARB Las Vega d/b/a Las Vegas Towing
8512 Berkley Hall Street
Las Vegas, NV 89131

ARB Las Vega d/b/a Las Vegas Towing
P.O. Box 750638
Las Vegas, NV 89136

Re:    2012 LAMBORGHINI, VIN NO. ZHWUC1ZD1CLA00848
       Owner – Euro Motor Sport, Inc.
       File No.: Pending

Dear Las Vegas Towing:

Please be advised that THE SPENCE LAW FIRM represents Euro Motor Sport, Inc., and its secured property interest in and to the 2102 LAMBORGHINI, VIN NO. ZHWUC1ZD1CLA00848 ("Collateral") that is in your possession pursuant to a law enforcement investigation (Event No. LLV200900100120). A copy of the **Certificate of Title** issued to Euro Motor Sport, Inc., by the State of Florida is enclosed.

On behalf of Euro Motor Sport, Inc., we attest that it has the first and best lien/security interest in the Collateral referenced above and that the customer, Sammie Marquez Benson is in default under the terms of the Security Agreement entered into with Euro Motor Sport, Inc. Therefore, Euro Motor Sport, Inc., is requesting that you provide immediate access to and possession of the Collateral to Euro Motor Sport, Inc., or its authorized representative.

In consideration of your anticipated cooperation, Euro Motor Sport, Inc., agrees to indemnify and hold Las Vegas Towing, your employees, principals and owners harmless from and against any and all claims, legal or administrative actions, liability or damages arising out of the repossession of the referenced Collateral, where such repossession has been handled in accordance with the instructions and/or requests of Euro Motor Sport, Inc. This indemnification does not entail damages caused or arising from the negligence or unauthorized action of Las Vegas Towing, your agents, or your employees.

Las Vegas Towing
12/31/2020
Page 2

_____

The undersigned, in his capacity hereby represents and warrants that he is a duly authorized attorney for Euro Motor Sport, Inc., and is fully empowered to bind the company to this agreement.

Please advise with questions.

Sincerely,

THE SPENCE LAW FIRM, PLLC

Robert L.J. Spence, Jr.

Enclosure

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 33399-0500

T # 1175338830
B # 1517834

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 2HNUC1ED1CLA00848 | 2012 | LAMO | 2D | 3759 | | 109044910 |

Registered Owner:

EURO MOTOR SPORT INC
925 W BROWARD BLVD
FORT LAUDERDALE, FL  33312

Date of Issue    10/16/2020

Lien Release
Interest in the described vehicle is hereby released
By
Title
Date

Mail To:
EURO MOTOR SPORT INC
925 W BROWARD BLVD
FORT LAUDERDALE, FL  33312

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlnf.html

---

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 2HNUC1ED1CLA00848 | 2012 | LAMO | 2D | 3759 | | 109044910 |

Lien Release
Interest in the described vehicle is hereby released

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | WHI | | | | PRIVATE | 10/25/2016 |

By
Title

| Odometer Status or Vessel Manufacturer or CH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 10,856 MILES 10/14/2020 ACTUAL | | | | 10/16/2020 |

Date

Registered Owner
EURO MOTOR SPORT INC
925 W BROWARD BLVD
FORT LAUDERDALE, FL  33312

DUPLICATE

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES

*Robert R. Kynoch*

Robert R. Kynoch
Director

TALLAHASSEE       FLORIDA

Control Number    147408684

1  /27   147408684

DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Terry L. Rhodes*

Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale).
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: _____    Address: _____

Seller Must Enter Selling Price: _____    Seller Must Enter Date Sold: _____

I/We sold that this ☐ 5 or ☐ 6 digit odometer now reads |__|__|__|__|__|__|X.| (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE    ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.    ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must
Sign Here: _____    CO-SELLER Must Sign Here: _____

Print Here: _____    Print Here: _____

Selling Dealer's License Number _____    Tax No. _____    Tax Collected _____

Auction Name _____    License Number _____

PURCHASER Must
Sign Here: _____    CO-PURCHASER Must Sign Here: _____

Print Here: _____    Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.