Carl E. G. Arnold
Nevada State Bar Number - 8358
1428 S. Jones Boulevard
Las Vegas, Nevada 89146
Telephone: 702.358.1138
carl@cegalawgroup.com

Robert L. J. Spence, Jr. (*pro hac vice* approved)
Kristina A. Woo (*pro hac vice* approved)
80 Monroe Avenue, Garden Suite One
Memphis, Tennessee 38103
Telephone: 901.312.9160
rspence@spence-lawfirm.com
kwoo@spence-lawfirm.com

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEVADA

| | |
|---|---|
| EURO MOTOR SPORT INC., and SAMMIE BENSON,<br><br>Plaintiffs,<br><br>vs.<br><br>ARB LAS VEGAS d/b/a LAS VEGAS TOWING,<br><br>Defendant. | Case No.: 2:21-cv-00177-GMN-DJA<br><br>**STIPULATION TO EXTEND TIME TO FILE MOTION TO AMEND PLEADINGS OR TO ADD PARTIES**<br>**(First Request)** |

COME NOW, the Plaintiffs, Euro Motor Sport, Inc., and Sammie, Benson (collectively "Plaintiffs"), and Defendant, ARB Las Vegas d/b/a Las Vegas Towing ("Defendant"), by and through undersigned counsel of record, and announce to the Court that the parties agree and stipulate to the relief sought in Plaintiffs' Motion for Extension of Deadline to Amend Pleadings or to Add Parties (First Request) [ECF Doc. 32] filed in this cause on May 21, 2021, and that the deadline to amend

pleadings or add parties should be extended to fourteen (14) days *after* Defendant files an Answer in this cause.

DATED this 25th day of May, 2021.

/s/ Robert L. J. Spence, Jr.
Robert L. J. Spence, Jr. (*pro hac vice* approved)
Kristina A. Woo (*pro hac vice* approved)
80 Monroe Avenue, Garden Suite One
Memphis, Tennessee 38103
Telephone: 901.312.9160
Facsimile: 901.521.9550
rspence@spence-lawfirm.com
kwoo@spence-lawfirm.com

/s/ Carl E. G. Arnold
Carl E.G. Arnold (State Bar No.8358)
1428 S. Jones Blvd.
Las Vegas, Nevada 89146
Telephone: 702.358.1138
carl@cegalawgroup.com

*Attorneys for Plaintiffs*


/s/ Andrew M. Leavitt, Esq.
ANDREW M. LEAVITT, ESQ.
Nevada Bar # 3989
633 South Seventh Street
Las Vegas, Nevada 89101
andrewleavitt@ymail.com
Telephone: (702) 382-2800
Fax: (702) 382-7438
*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED.  IT IS FURTHER ORDERED that given the parties' stipulation, Plaintiffs' Motion for Extension of Deadline to Amend Pleadings or Add Parties (ECF No. 32) is DENIED as moot.

DATED: May 26, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE