**BECKSTROM & BECKSTROM, LLP**
James A. Beckstrom, Esq
Nevada Bar No. 14032
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Telephone: (725) 300-0599
jb@beckstromlaw.com

**BEN'S LAW**
**BEN LEHAVI, ESQ.**
Nevada Bar No. 14564
5940 South Rainbow Boulevard
Las Vegas, Nevada 89118
Telephone: (702) 518-9236
Info@BensLaw.com

*Attorney for Defendant*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| EURO MOTOR SPORT INC., and SAMMIE BENSON,<br><br>Plaintiffs,<br><br>vs.<br><br>ARB LAS VEGAS d/b/a LAS VEGAS TOWING;<br><br>Defendant. | Case No.:  2:21-cv-00177-CDS-BNW |

### STIPULATION AND ORDER TO EXTEND ANSWER DEADLINE

Plaintiffs Euro Motor Sport Inc. and Sammie Benson (collectively "Plaintiffs"), by and through their counsel of record, Carl E.G. Arnold, Esq., of the Cega Law Group and Kristina A. Woo, Esq., with Spence Partners; and Defendant ARB Las Vegas d/b/a Las Vegas Towing ("Defendant"), by and through its counsel of record, James A. Beckstrom, Esq., with the law firm of Beckstrom & Beckstrom, LLP and Ben Lehavi, Esq., with Ben's Law (collectively the "Parties"), hereby stipulate and agree as follows:

1. Plaintiffs filed this action on February 2, 2021, and Defendant's responsive pleading deadline was March 21, 2023.

2. Counsel for Defendant has been retained by ARB Las Vegas regarding the above lawsuit, but requires additional time to meaningfully respond to the Complaint and is seeking a two-week extension to file a responsive pleading.

3. The Parties stipulate and agree that Defendant's time to file a responsive pleading shall be extended until pleading until April 4, 2023.

| Dated this 21st day of March 2023. | Dated this 21st day of March 2023. |
|---|---|
| **BECKSTROM & BECKSTROM, LLP** | **CEGA LAW GROUP** |
| *By: /s/   James A. Beckstrom* | *By: /s/ Kristina A. Woo* |
| James A. Beckstrom, Esq. | Carl E.G., Arnold, Esq. |
| Nevada Bar No. 14032 | Nevada Bar No. 8358 |
| 400 So. 4th Street, Suite 650 | 1428 South Jones Blvd. |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89146 |
| jb@beckstromlaw.com | carl@cegalawgroup.com |
| **BEN'S LAW** | **SPENCE PARTNERS** |
| Ben Lehavi, Esq. | Robert L.J. Spence, Jr. *(pro hac vice)* |
| Nevada Bar No. 14564 | Kristina A. Woo *(pro hac vice)* |
| 5940 South Rainbow Boulevard | 65 Union Avenue, Suite 900 |
| Las Vegas, Nevada 89118 | Memphis, Tennessee 38103 |
| Info@BensLaw.com | rspence@spencepartnerslaw.com |
|  | kwoo@spencepartnerslaw.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |

## ORDER

IT IS ORDERED that ECF No. 58 is DENIED without prejudice for failure to show excusable neglect for the late filing. *See* LR IA 6-1(a).

**IT IS SO ORDERED**
**DATED:** 11:18 am, March 23, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**