**BECKSTROM & BECKSTROM, LLP**
James A. Beckstrom, Esq
Nevada Bar No. 14032
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Telephone: (725) 300-0599
jb@beckstromlaw.com

**BEN'S LAW**
**BEN LEHAVI, ESQ.**
Nevada Bar No. 14564
5940 South Rainbow Boulevard
Las Vegas, Nevada 89118
Telephone: (702) 518-9236
Info@BensLaw.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EURO MOTOR SPORT INC., and SAMMIE BENSON, | Case No.:  2:21-cv-00177-CDS-BNW |
| Plaintiffs, | |
| vs. | |
| ARB LAS VEGAS d/b/a LAS VEGAS TOWING; | |
| Defendant. | |

## <u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

COMES NOW, James A. Beckstrom, Esq., with the law firm of Beckstrom & Beckstrom, LLP and Ben Lehavi, Esq., with Ben's Law, and hereby moves to withdraw as counsel of record for Defendant ARB LAS VEGAS d/b/a LAS VEGAS TOWING, pursuant to Local Rule IA 11-6(b).

/ / /

/ / /

/ / /

/ / /

/ / /

1    This Motion is based on the following Memorandum of Points and Authorities, the

2  Affidavit of James A. Beckstrom, Esq. and Ben Lehavi, Esq., attached hereto, the pleadings and

3  papers on file herein, and any oral argument by counsel permitted at the hearing on this matter.

4    DATED this 24th day of March 2023.

5

6                                                    **BECKSTROM & BECKSTROM, LLP**

7

8                                                    By: */s/ James A. Beckstrom*
                                                     James A. Beckstrom, Esq.
9                                                    Nevada Bar No. 14032
                                                     400 South 4ᵗʰ Street, Suite 650
10                                                   Las Vegas, Nevada 89101
                                                     jb@beckstromlaw.com

11                                                   **BEN'S LAW**
                                                     Ben Lehavi, Esq.
12                                                   Nevada Bar No. 14564
                                                     5940 South Rainbow Boulevard
13                                                   Las Vegas, Nevada 89118
                                                     info@benslaw.com
14

15                                                   *Attorney for Defendant*

16              **MEMORANDUM OF POINTS AND AUTHORITIES**

17    The instant Motion seeks permission to withdrawal as counsel for Defendant for good

18  cause as set forth herein. Local Rule 11-6(b) provides in pertinent part that:

19          If an attorney seeks to withdraw after appearing in a case, the attorney must file a
            motion or stipulation and serve it on the affected client and opposing counsel. The
20          affected client may, but is not required to file a response to the attorney's motion
            within 14 days of the filing of the motion, unless the Court order otherwise.
21

22    On March 20, 2023, Defendant contacted the undersigned for representation in the instant

23  case.  Defendant provided a copy of the initial Complaint and the undersigned was under the

24  mistaken belief that this action was recently filed in February 2023, and was under the impression

25  litigation was just commencing.  Due to miscommunication, the undersigned contacted counsel

26  for Plaintiff to ask for an extension to file a responsive pleading, which was presented to this Court

27  and subsequently denied (rightfully) for failure to comply with LR IA 6-1(a).

28  / / /

Upon the Court denying what would ordinarily be a routine extension for the first responsive pleading, the undersigned investigated the docket for this case.  Upon investigation, the undersigned learned that the case was field over two years prior and is essentially set for trial.  The undersigned cannot represent Defendant in the forthcoming trial, having not participated in any of the extensive discovery over the past two years.  The undersigned, without waiving privilege, has explained this to Defendant who understands and consents to withdrawal.

The undersigned was not engaged for trial only representation and for reasons not able to be disclosed, cannot represent Defendant at trial based on a series of professional considerations.  The undersigned has advised Defendant of the impending deadlines, prior orders of the Court, and provided written notice of this Motion.  Defendant has consented in writing to this Withdrawal.  Withdrawal will not prejudice Defendant, as there is not a current trial date set and the undersigned firms have not served as counsel in any material capacity, having filed a Notice of Appearance on March 22, 2023 (ECF No. 57).  The undersigned firms therefore seek permission to withdrawal based on the above facts, with all future correspondence mailed or emailed to:

ARB LAS VEGAS
D/B/A LAS VEGAS TOWING
2968 MARCO STREET B
LAS VEGAS, NV 89115
DANIELLE7641@GMAIL.COM

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Enclosed in support of this Motion is the attached Declaration of James A. Beckstrom, Esq., which is incorporated herein by reference.  Based upon the Declaration, the undersigned respectfully requests permission to withdraw as counsel of record for Defendant, ARB LAS VEGAS d/b/a LAS VEGAS TOWING.

DATED this 24th day of March 2023.

**BECKSTROM & BECKSTROM, LLP**

By: */s/ James A. Beckstrom*
James A. Beckstrom, Esq.
Nevada Bar No. 14032
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
jb@beckstromlaw.com

**BEN'S LAW**
Ben Lehavi, Esq.
Nevada Bar No. 14564
5940 South Rainbow Boulevard
Las Vegas, Nevada 89118
info@benslaw.com

*Attorneys for Defendant*

## DECLARATION OF JAMES A. BECKSTROM, ESQ. AND BEH LEHAVI, ESQ.

JAMES A. BECKSTROM, ESQ. and BEN LEHAVI, ESQ., hereby declare:

1.      We have personal knowledge of the facts contained herein, and are competent to testify thereto.

2.      We are lawyers with the law firm of Beckstrom & Beckstrom, LLP and Ben's Law (collectively "Law Firm"), attorneys of record for Defendant ARB LAS VEGAS d/b/a LAS VEGAS TOWING ("Defendant"), in the above-captioned matter and are duly licensed to practice law in the State of Nevada.

3.      That due to professional and ethical considerations, we must withdrawal as counsel of record for Defendant in this case.

4.      On March 20, 2023, Defendant contacted the undersigned for representation in the instant case.

5.      Defendant provided a copy of the initial Complaint and the undersigned were under the mistaken belief that this action was recently filed in February 2023, and was under the impression litigation was just commencing.  Based upon a deadline conveyed to the undersigned, a Notice of Appearance was filed immediately upon being contacted.

6.      Due to miscommunication, the undersigned contacted counsel for Plaintiff to ask for an extension to file a responsive pleading, which was presented to this Court and subsequently denied (rightfully) for failure to comply with LR IA 6-1(a).

7.      Upon the Court denying what would ordinarily be a routine extension for the first responsive pleading, the undersigned investigated the docket for this case.

8.      Upon investigation, the undersigned learned that the case was field over two years ago and is essentially set for trial.

9.      The undersigned cannot represent Defendant in the forthcoming trial, having not participated in any of the extensive discovery over the past two years.

10.      The undersigned, without waiving privilege, has explained this to Defendant who understands and consents to withdrawal.

11.      The undersigned have informed counsel for Plaintiff of these facts and Plaintiff was graciously agreeable to withdrawal based on the circumstances.

12.      The undersigned was not engaged for trial representation and for reasons not able to be disclosed, cannot represent Defendant at trial based on a series of professional considerations.

13.      The undersigned has advised Defendant of the impending deadlines, prior orders of the Court, and provided written notice of this Motion.

14.      Defendant has consented in writing to this Withdrawal.

15.      Withdrawal will not prejudice Defendant, as there is not a current trial date set and the undersigned firms have not served as counsel in any material capacity, having filed a Notice of Appearance on March 22, 2023 (ECF No. 57).

16.     The undersigned firms therefore seek permission to withdrawal based on the above facts, with all future correspondence mailed or emailed to:

ARB LAS VEGAS
D/B/A LAS VEGAS TOWING
2968 MARCO STREET B
LAS VEGAS, NV 89115
DANIELLE7641@GMAIL.COM

17.     This Declaration is made in good faith, not for purposes of delay, and in compliance with Supreme Court Rule 46 and Local Rule 11-6(b).

I declare under the penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Dated this 24th day of March 2023.

                                        /s/     *James A. Beckstrom*
                                        James A. Beckstrom, Esq.


                                        /s/     *Ben Lehavi*
                                        Ben Lehavi, Esq.

## **ORDER**

IT IS ORDERED that ECF No. 60 is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall update Defendant's address consistent with ECF No. 60 at 3.

IT IS FURTHER ORDERED that Defendant must retain counsel and have counsel file a notice of appearance by 4/27/23, as corporations cannot represent themselves. Failure to comply with this order may result in a default being entered against Defendant.

**IT IS SO ORDERED**
**DATED:** 11:54 am, March 28, 2023

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

1

## **<u>CERTIFICATE OF SERVICE</u>**

2      I hereby certify that a true and exact copy of the foregoing **MOTION TO WITHDRAW**

3  **AS COUNSEL OF RECORD** was submitted electronically for filing and/or service on this 24th

4  day of March 2023, via CM/ECF, upon all counsel of record.

5                          Carl E.G., Arnold, Esq.
                          **CEGA LAW**
6                          1428 South Jones Blvd.
                          Las Vegas, Nevada 89146
7                          carl@cegalawgroup.com

8                          Robert L.J. Spence, Jr. *(pro hac vice)*
9                          Kristina A. Woo *(pro hac vice)*
                          **SPENCE PARTNERS**
10                          65 Union Avenue, Suite 900
                          Memphis, Tennessee 38103
11                          rspence@spencepartnerslaw.com
                          kwoo@spencepartnerslaw.com
12

13                          *Attorneys for Plaintiffs*

14      I further certify that I served a copy of this document by mailing a true and correct copy

15  thereof, postage prepaid, addressed to:

16                          ARB LAS VEGAS
                          D/B/A LAS VEGAS TOWING
17                          2968 MARCO STREET B
                          LAS VEGAS, NV 89115
18                          DANIELLE7641@GMAIL.COM

19

20
                                   /s/      *Suzanne Boggs*
21                                   An employee of Beckstrom & Beckstrom

22

23

24

25

26

27

28