# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| EURO MOTOR SPORT INC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ARB LAS VEGAS, d/b/a Las Vegas Towing, <br><br> Defendant. | Case No. 2:21-cv-00177-CDS-BNW <br><br> **REPORT AND RECOMMENDATION** |

On March 28, 2023, the Court granted Defendant's counsel's motion to withdraw. ECF No. 61. The Court ordered Defendant to associate new counsel by April 27, 2023, because corporations cannot represent themselves. *Id.* The Court warned Defendant that failure to respond would result in default being entered against it. On May 1, 2023, the Court extended the time to retain new counsel until May 16, 2023. ECF No. 62. ARB did not retain counsel by this date or request an extension of this deadline.

Accordingly, IT IS HEREBY RECOMMENDED that default judgment be entered against Defendant ARB LAS VEGAS for failure to comply with this court's orders and retain counsel. *See In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney."); *United States v. High Country Broad.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam) (finding it is appropriate to enter default judgment against a corporation that fails to retain counsel as ordered by the court).

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being

served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: June 6, 2023.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE